■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BLACK, Also Known as ANTHONY TURMAN, Appellant. [678 NYS2d 254] —Judgment, Supreme Court, New York County (George Roberts, J., at plea; Charles Solomon, J., at sentence), rendered November 26, 1996, convicting defendant of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

The sentencing court properly imposed an enhanced sentence and refused to allow defendant to withdraw his plea of guilty. The record supports the court's finding that defendant had intentionally misrepresented himself to be a first felony offender (*see, People v Smith*, 223 AD2d 465, *lv denied* 88 NY2d 854), and violated the conditions of the unambiguous plea agreement. We perceive no abuse of sentencing discretion. Concur—Milonas, J. P., Rosenberger, Ellerin, Wallach and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARLAND CONNOR, Appellant. [678 NYS2d 254] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about January 22, 1996, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J. P., Rosenberger, Ellerin, Wallach and Williams, JJ.